**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISON**

| | |
|---|---|
| RAYNA SHINN, | Case No.: **2:09-cv-03029-JAM-KJN** |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| ALLIANCE ONE, INC. | |
| Defendant.. | |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.  Each party to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: April 2, 2010

/s/ John A. Mendez_____
The Honorable Judge
John A. Mendez
United States District Judge

---

[Proposed] Order

PDF created with pdfFactory trial version www.pdffactory.com